*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

# MEMORANDUM OPINION

No. 04-09-00194-CV

**IN RE Josephine ALANIZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:   April 22, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On April 6, 2009, relator filed a petition for writ of mandamus, seeking (1) a determination by this court that the March 12, 2008 order relating to the termination of parental rights is an interlocutory order, (2) to compel the trial court "to vacate the order of 12 November 2008 styled Associate Judge's Report and Order," (3) to compel the trial court to vacate the adoptions granted on October 13, 2008, and (4) to compel respondent "to set for trial the matter of the issues involving the Intervener[']s requests for relief." However, relator has the burden of providing this court with a record sufficient to establish her right to mandamus relief. *See* Tex. R. App. P. 52.7(a)(1)("Relator

---

[1] This proceeding arises out of Cause No. 2006-PA-02044, styled *In the Interest of O.P. and A.P. children*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Andy Mireles presiding. However, the orders relator complains of were signed by the Honorable Charles Montemayor, Associate Judge of the Children's Court.

must file with the petition [ ] a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"); *see also* TEX. R. APP. P. 52.3(k)(1)(A); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). Here, relator has not provided this court with all documents material to relator's claim for relief, including but not limited to a certified or sworn copy of the October 13, 2008 order. We conclude that relator has not shown herself entitled to mandamus relief . Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM